# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160813(103)

GRANT BAUSERMAN, KARL WILLIAMS
and TEDDY BROE, on Behalf of Themselves
and All Others Similarly Situated,
           Plaintiffs-Appellees,

v

UNEMPLOYMENT INSURANCE AGENCY,
           Defendant-Appellant.
_____/

SC: 160813
COA: 333181
Ct of Claims: 15-000202-MM

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplement reply is GRANTED. The supplemental reply will be accepted as timely filed if submitted on or before May 18, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



Clerk